| | |
|---|---|
| Your Name: | Henry P. Tukay |
| Address: | PO Box 23463, Pleasant Hill CA 94523 |
| Phone Number: | (925)-300-8230 |
| Fax Number: | |
| E-mail Address: | hptukay@hotmail.com |

Pro Se Plaintiff

**United States District Court**

Northern District of California

Henry P. Tukay

Plaintiff(s),

vs.

International Brotherhood of Teamsters
Local 856/986 (Teamsters Union) and its
Representatives

Defendant(s).

Case Number: *[leave blank]* **C14-1906**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ■   No ☐

1.  **Parties in this Complaint**

    a.  **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: Henry P. Tukay

Address: PO Box 23463, Pleasant Hill CA 94523

Phone number: (925)-300-8230

COMPLAINT
PAGE / OF 7 [JDC TEMPLATE]

rev: 6/2013

b.  **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name:  International Brotherhood of Teamsters Local 856/986

Address: 453 San Mateo Avenue, San Bruno CA 94066

_____

**Defendant 2:**

Name:_____

Address:_____

_____

**Defendant 3:**

Name:_____

Address:_____

_____

**Defendant 4:**

Name:_____

Address:_____

_____

2.  **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☑  My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* Duty of Fair Representation of union and its representatives under the Railway Labor Act, National Labor Relations Act.

☐  My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE _2_ OF _7_ [JDC TEMPLATE]

1

3.  **Venue**

2

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt,*

3

*Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco,*

4

*San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants*

5

*live in California AND at least one of the defendants lives in this district; OR 2) A substantial*

6

*part of the events you are suing about happened in this district; OR 3) A substantial part of the*

7

*property that you are suing about is located in this district; OR 4) You are suing the U.S.*

8

*government or a federal agency or official in their official capacities and you live in this district.*

9

*Explain why this district court is the proper location to file your lawsuit.*

10

Venue is appropriate in this Court because   The party/ies is/are resides in one of the

11

counties under the court's jurisdiction and a substantial part of events that is subject of this

12

complaint happened in this district.

13

4.  **Intradistrict Assignment**

14

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka.*

15

*The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San*

16

*Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San*

17

*Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt,*

18

*Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which*

19

*division your case should be assigned.*

20

This lawsuit should be assigned to [*Select one: San Francisco/Oakland,* ~~San Jose, or~~

21

~~Eureka~~] Division of this Court because   of the counties where events occurred are under the

22

jurisdiction of this division.

23

24

5.  **Statement of Facts and Claims**

25

*Write a short and simple description of the facts of your case. Include WHERE and*

26

*WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW*

27

*you were harmed. If you know which laws or rights the defendant violated, you can include them,*

28

*but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT
PAGE _3_ OF _7_ [JDC TEMPLATE]

rev: 6/2013

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5a. On or around October 28, 2013 plaintiff herein received an undated letter via certified U.S. mail no. 07011 0110 000 5600 1267 from Richard Petrovsky, International Brotherhood of Teamsters (IBT) Local 856/986 Business Agent/Union representative stating that my "grievance lacks merit" and "will not be pursued any further" in any arbitration hearing which is the next step as provided for in the Collective Bargaining Agreement (CBA). The union (Teamsters) knew and was well aware of the fact that the grievance steps taken in the plaintiff's case herein basically favors the company (United Airlines, plaintiff's previous employer) and that the only possible chance of overturning the company's (United) unfair, one-sided, and discriminatory decision /conduct was through an arbitration hearing as provided for in the contract known as Collective Bargaining Agreement (CBA). And during the course of the grievance steps taken in my behalf (plaintiff's), local union officials has been saying all along that "its not a court of law" and "its a kangaroo court". And even union counsel, Ms. Debra Goldberg, has said it to that effect at our last union meeting on August 06, 2013. Plaintiff herein wrote and explained to the Local Business Agent, Mr. Richard Petrovsky, that even if the arbitration hearing is not a court of law, the independent arbitrator would have to be bound by the rules of admissibility of evidence presented and not by assumptions, speculation, and suggestions as alleged by the company (United Airlines) in my termination hearings. Arbitration as provided for in the CBA or contract is certainly the last avenue that have to be exhausted but unfortunately in this case, the union (Teamsters) declined and therefore failed in their Duty of Fair Representation, Breached the contract, have acted in an arbitrary, discriminatory manner, and in bad faith. The U.S. Supreme Court has ruled that "the right of exclusive representation given to a union certified under the Railway Labor Act carries with it an obligation to exercise that right in good faith, to represent its members in a fair and impartial manner without invidious discrimination."

COMPLAINT

PAGE _4_ OF _7_ [JDC TEMPLATE]

*rev: 6/2013*

5b. Plaintiff herein from the start of the grievance process have asked for copies of files, information the company (United Airlines) presented as evidence against plaintiff herein from the union (Teamsters) but union representatives have been reluctant or refused to provide information vital to his (plaintiff's) defense. Defendant/s herein indicated they have to clear it from United Airlines' labor relations prior to being released to plaintiff herein. This conduct displayed is simply uncalled for since the union was supposedly representing plaintiff herein through the grievance process, thus this is clearly an indication of bad faith.

5c. Plaintiff herein has to argue and explain the facts to the union (Teamsters) as far as the essential points in the case and proceeding through the grievance process which should have been the job of the union representatives to form the arguments in the plaintiff's grievance.

5d. At some time around November 2013, I (plaintiff) spoke with David Elmore, business agent of the union (Teamsters) from the Southern CA Local 986. At that time, Mr. Elmore has indicated to me that it was Mr. R. Petrovsky, the Local Business Agent where I was assigned Local 856/986 has the final decision whether to take my case to arbitration or not. R. Petrovsky has indicated to me that the union counsel, Debra Goldberg, makes that decision. Thus this kind of conduct and misinformation provided to members constitutes bad faith.

5e. From the initial stages of the grievance process and at the time that plaintiff revoked or declined the Settlement and Release Agreement with the company, United Airlines, Mr. Petrovsky, the union business agent has indicated  through emails and verbal statements that my (plaintiff's) grievance case will result in termination from employment. The union therefore made sure of my (plaintiff's) termination when they failed to pursue my case further into arbitration. I have sent an email to Richard Petrovsky, union business representative and also to Debra Goldberg, union counsel to provide specific reasons of the union's decision not to pursue plaintiff's case into arbitration. But plaintiff herein did not receive any reply. Union's decision not to pursue my (plaintiff's) case further into arbitration are contrary to the tenets and ideas set forth on own union's bylaws, websites and their conduct clearly shows bad faith in representing the member herein (plaintiff).

COMPLAINT
PAGE _5_ OF _7_ [JDC TEMPLATE]

rev: 6/2013

5f. Plaintiff herein is enclosing the following documents and files in support of this
complaint as Exhibits:

1. Exhibit 1 - Copy of latest Letter from union (Teamsters) undated and received
   on 10/28/2013; U.S. Certified Mail No. 07011 0110 000 5600 with
   U.S. Postal Service verification/tracking as received on 10/28/2013
   and copy of envelope.

2. Exhibit 2 - Copy of Letter dated 10/09/2013 sent as an email attachment to
   R. Petrovsky, Union Business Agent as a reply to union decision
   asking for clarification and reasons why union is not taking my case
   to arbitration. Email sent on or around 10/09/2013. No reply.

3. Exhibit 3 - Copy of Letter dated 10/09/2013 addressed to Debra Goldberg,
   union counsel Teamsters Local 986 via U.S. Certified Mail No.
   7008 1140 0003 6472 6795 with return receipt. No reply.

4. Exhibit 4 - Copy of letter dated 10/09/2013 addressed to IBT General President
   James P. Hoffa appealing and requesting through his powers and
   areas of responsibility to intervene in my (plaintiff's grievance) case
   regarding the union local's planned action. No reply.

5. Exhibit 5 - Copy of Several Emails addressed to union local representatives and
   business agent dated as shown on each email.

6. Exhibit 6 - Copy of union, IBT Local 856/986 webpage purportedly showing
   union Grievance Committee's to "enforce the Collective Bargaining
   Agreement to ensure consistent, fair and equitable application of said
   agreement under the Railway Labor Act". "To ensure that all federal,
   state and local laws concerning labor are adhered to by the company
   and to maintain a consistent, fair and equitable application of
   company policies, to ensure there is no "Disparate Treatment" of
   our members or violation of past practices".

COMPLAINT
PAGE 6 OF 7 [JDC TEMPLATE]

6. **Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

_____

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☑    Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date:  *04/24/2014*    Sign Name: _____

Print Name:  Henry P. Tukay _____

COMPLAINT
PAGE _7_ OF _7_ [JDC TEMPLATE]

rev: 6/2013

# EXHIBIT 1



# Grievance Closeout Letter

**Grievance Number: SFO20130320-009**

**Employee Name: Henry Tukay**

**File Number: 112827**

Dear Mr. Tukay,

Please be advised that your grievance has been thoroughly investigated and reviewed by our Legal Department. It has been determined that your grievance lacks merit, and we would not prevail in an arbitration proceeding.

Accordingly, your grievance will not be pursued any further and will be closed at this time.

Fraternally,

**Richard Petrovsky**
**Business Agent**
**Teamster local 986**



**≡USPS.COM®**                                        Search USPS.com or Track Packages

Quick Tools

                    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

Tracking Number: 70110110000056001267

**Requested label is archived.**
**Restore Archived Details ›**

## Product & Tracking Information                    Available Actions

Postal Product:                Features:
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 28, 2013 , 2:47 pm | Delivered | PLEASANT HILL, CA 94523 |

---

## Track Another Package

What's your tracking (or receipt) number?

[                                                    ]    Track It

---

**LEGAL**                  **ON USPS.COM**              **ON ABOUT.USPS.COM**          **OTHER USPS SITES**
Privacy Policy ›           Government Services ›        About USPS Home ›              Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                     Postal Inspectors ›
FOIA ›                     Print a Label with Postage › USPS Service Alerts ›          Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›         Postal Explorer ›
                           Delivering Solutions to the Last Mile ›    Careers ›
                           Site Index ›

**≡USPS.COM®**   |   Copyright© 2014 USPS. All Rights Reserved.



CERTIFIED MAIL



**TEAMSTERS LOCAL UNION No. 856**
AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS
453 San Mateo Avenue
San Bruno, CA  94066

7011 0110 0000 5600 1267

NAME
1st Notice 10-22
2nd Notice
Return

Henry Tukay
P.O. Box 23463
Pleasant Hill, CA  94523

94523046363

# EXHIBIT 2

October 9, 2013

Richard Petrovsky
IBT Business Representative Local 986

RE: Grievance/HP Tukay

Dear Rich,

I find it hard to believe and I'm certainly devastated that the union will not
pursue my case further into arbitration despite all the reasons discussed
and argued at both the IRH and JBA hearings. The union knows that there
simply is not an impartial arbitrator at these hearings simply because it
could deadlock at JBA which occured in my case.

I simply puzzled at the reasoning that the union counsel may have in declining
to pursue arbitration and what merits the union is looking for? There are plenty
of merits in my case! It appears that the union counsel does not see that?
A minute and a half of inconclusive video is worth my 23 plus years?

Isn't it true that the union fights and stands for worker's/member's rights and
if they have been mistreated or victims of "disparate treatment" or wrongfully
terminated as shown on the IBT website that the union would fight for them?
Apparently in my case its not!

But I am not surprised. I was wondering why it took this long to decide and
requests for more information from the company was meritless? I asked you
before what significance any of those extra information may have in my case?
The company's core evidence itself is inconclusive and based on assumptions.

Can the union counsel specify and give the reasons why my case is not going to
arbitration and who makes the decision as far as going to arbitration or not?
I would like to know. Thanks.

Sincerely,

Henry P. Tukay

# EXHIBIT 3

Via Certified Mail 7008 1140 0003 6472 6795

October 29, 2013

Ms. Debra Goldberg
Teamsters 986 Union Counsel
1198 Durfee Ave., South El Monte CA 91733

RE: Grievance/HP Tukay - IBT  Member Local 986/SFO
     Grievance No. SFO20130320-009

Dear Ms. Goldberg,

I have received word via email from IBT Local 986 Business Representative
SFO Richard Petrovsky regarding the union's (IBT) decision not to pursue
my case further into arbitration per your decision via email from on 10/08/2013
and from an undated closeout letter stating that my "case lacks merit, and we
would not prevail in an arbitration proceeding". And that my "grievance will not
be pursued further".

I am appalled, puzzled, stunned and very devastated by your decision as a
union counsel not to pursue my case further into arbitration. There are certainly
a lot of merits in my case as I have pointed out to my union representatives
during this whole process and those were the very arguments that were used
during the IRH - Investigative Review Hearing and JBA - Joint Board of
Adjustment. There is simply no independent or impartial arbitrator that can
rule on my case. The last two grievance steps that I had are simply in the
company's favor. Two very important points that I would like to reiterate
again is that the company's core evidence is inconclusive (the video) and
that, is the minute and a half of video worth my 23 plus years of service with
this company, United Airlines for them to terminate me? I have consulted with
other employment attorneys regarding my case and based on the information
presented as evidence and other issues, their opinions appear to be starkly
different than yours. Although they have made clear that the union should have
been doing its job for me and or fighting for my rights as a worker and
supposedly the advocate for the membership.

I do not think I have to recount all the other arguments that we had in my case
but I certainly think my case is worth fighting for. I voted for and campaigned
for this union since the previous union we had has grossly misrepresented me
and other members that I know of and we don't believe they represented the
membership. But in my case now its in serious question.

I am appealing to you that you reconsider your decision and that my case be
pursued further into arbitration. I certainly believe that if this union fails its duty
it would certainly reflect on reputation of the teamsters as a union if it allows big
companies to trample the rights of defenseless workers. I respectfully urge
that you review my case further in reconsidering your decision.

If your decision is still not to pursue my case further please provide answers to my questions below:

1. Specific, valid, and acceptable reasons why my case is not being pursued further. The assumption and statement that the union's case "would not prevail" is simply unacceptable given the facts of this case.

2. What criteria does the union use in pursuing cases further into arbitration?

3. Who makes the final decision in cases whether the union proceeds to arbitration or not? Is this a collective decision?

4. Is this union purely motivated by business reasons rather than supposedly its own core values, tenets or principles in upholding and defending workers rights in particular "disparate treatment" as reflected on IBT's own websites?

There are certainly serious questions and issues of representation on my case. Please reply and thank you for your attention.

Sincerely,

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523

Enclosure: Copy of Undated Closeout Letter from R. Petrovsky,
            IBT Local 986 Business Rep SFO.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. DEBRA GOLDBERG
TRANSFERE COUNSEL WCM 988
1198 DURFEE AVE., S. EL MONTE
CA 91733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Sancho*  ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Adriana Sanchez  10/31/13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0003 6472 6795

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# EXHIBIT 4

October 09, 2013

General President James P. Hoffa
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C.

RE: Arbitration for IBT Local 986 Member HP Tukay
     Airline Division

Dear General President Hoffa,

I am a 23 plus years mechanic at United Airlines with IBT Local 986 at SFO
Airline Division. I was recently terminated by United Airlines with the company
using inconclusive evidence to support their allegations. I have been through
the first steps of grievance hearing process IRH -Investigative Review Hearing
and up to the JBA - Joint Board of Adjustment based on our current contract.
But the JBA results on my case was a deadlock. The next step would have
been arbitration.

I have been treated unfairly through my years at United Airlines and in my
latest ordeal was this wrongful termination. But unfortunately from the last word
from my Business representative at the local 986, the union counsel for the local
apparently decided not to pursue my case further into arbitration. I have commu-
nicated to my union representatives through emails and phone calls the
numerous
reasons why  I was wrongfully terminated. <u>There are a lot of reasons and merits
as to why my case must go to arbitration</u>. But the devastating news was that my
local union through counsel would not proceed further. I received the news via
email from the Business Rep on 10/08/2013.

IBT Local 986 Airline Division is based at:

  1198 Durfee Avenue, South El Monte CA 91733

But my Local membership is with IBT Local 856/986 based at:

  453 San Mateo Ave., San Bruno, CA 94066

The union counsel for Local 986 is Ms. Debra Goldberg based at S. El Monte
CA and the current Business Agent for my local 986 based at SFO is Richard
Petrovsky. Rich Petrovsky pushed my grievance up to the Joint Board Level
but the Board was deadlocked and lately the union counsel Ms. Goldberg
declined to pursue my case further into arbitration.

By the time you may have read or received this letter, my union local 986 would already have sent confirmation letter to me stating not to pursue my case further. I have questioned that decision and have said several times that the union is supposed to stand up and protect the worker's rights from "disparate treatment" from employers that practices double standard. But in my case my local union 986 and legal counsel decided not to pursue my case further.

I am hereby enclosing copies of files/letters and arguments regarding my case so you would have some idea as to what the allegations are and the purported evidence that were used against me. They are all inconclusive and based on assumptions.

**I am hereby appealing to you as General President through your powers and areas of responsibility that my grievance case go to** <u>**arbitration.**</u> **23 plus years of my life at work should be worth fighting for at this employer. This is certainly a very difficult time for me and I need your help and assistance in my case.**

**I would very much appreciate your prompt and immediate attention and action on this matter.**

Sincerely,

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
Union Member Airline Division IBT Local 986 at SFO


Enclosures: Copy of Latest Email to me dated 10/08/2013
      Copy of Letter to Business Rep dated 09/23/2013
      Copy of Joint Board Decision Deadlocked dated 06/26/2013

# EXHIBIT 5

Dear Henry,

This reply will confirm that I have received this e-mail and will watch for the letter of revocation from you to come in the mail. I am hopeful that you have considered this decision carefully and understand that in revoking the agreement to resign in lieu of termination will lead to exactly that, your termination from United Airlines.

I will follow up with an e-mail once I receive your letter.

Regards,

Richard Petrovsky

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Sunday, February 03, 2013 9:50 PM
**To:** kellee.allain@united.com; Rich Petrovsky
**Cc:** Javier Lectora; Fred Wood
**Subject:** REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY

January 01, 2013

Kellee Allain
Director, SFOHR Tech Ops West Region
United Airlines

Richard Petrovsky
IBT Business Representative
Teamsters Local 986

Dear Kellee Allain, Richard Petrovsky,

Although I have sent you via email a signed copy of the above agreement dated 01/09/2013 that I signed on 01/29/2013, I cannot reconcile myself to the fact that I may have signed it involuntarily.

Case3:14-cv-01906-JST   Document1   Filed04/24/14   Page23 of 40

Kellee Allain
Director, SFOHR Tech Ops West Region
United Airlines

Richard Petrovsky
IBT Business Representative
Teamsters Local 986

Dear Kellee Allain, Richard Petrovsky,

Although I have sent you via email a signed copy of the above
agreement dated 01/09/2013  that I signed on 01/29/2013, I
cannot reconcile myself to the fact that I may have signed it
involuntarily.

I am hereby on this date revoking or rescinding the above
Settlement and Release Agreement for me that was dated
January 09, 2013 (also attached). Please see the attached and
signed revocation file dated 02/01/2013. I have also sent a copy
of the file thru certified US Mail No. 7012 1640 0002 0964 4695.


Sincerely,


Henry P. Tukay
FN 112827




=======
Email scanned by PC Tools - No viruses or spyware found.
(Email Guard: 7.0.0.21, Virus/Spyware Database: 6.21010)
http://www.pctools.com
=======

4/23/2014 2:36 PM

Print                                                Close

# RE: LOA

From: **Rich** (rpetrovsky@teamsterssfo.com)
Sent: Thu 1/10/13 8:40 PM
To: 'Henry Tukay' (hptukay@hotmail.com)
Cc: 'Fred Wood' (fwood@teamsterssfo.com); 'mark' (mgabriel@teamsterssfo.com); 'Javier Lectora' (jlectora@teamsterssfo.com)

Hello Henry, as is typical of these types of agreements, we have our Legal Counsel review them after we accept them from the Company. We do this to ensure there are no unforeseen issues that would cause harm to our members. Our Legal Counsel has returned my request for review and has given the okay for this agreement. No further appointments will be made by us. However, if you wish to have your own personal Legal Counsel review the document, you should by all means proceed with that.

Thank you for your inquiry.

Best regards,

Rich Petrovsky

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Thursday, January 10, 2013 6:46 PM
**To:** Rich Petrovsky
**Subject:** LOA

Hi Rich,

Is it possible I would like to consult with one of the union's attorney's regarding the letter since these attorney's are also involved with union issues before I make my final decision?
I left a message in your voicemail regarding the issue today.
Pls reply soon. Thanks.



Print                                                                                         Close

# LOA to retire

From: **Rich Petrovsky** (rpetrovsky@teamsterssfo.com)
Sent:  Tue 1/15/13 7:49 AM
To:    hptukay@hotmail.com (hptukay@hotmail.com)
Cc:    fwood (fwood@teamsterssfo.com); Mark Gabriel (mgabriel@teamsterssfo.com); Javier
       (jlectora@teamsterssfo.com)


Good morning Henry. This is a reminder that the agreement between you and the
company MUST be signed and in Labor Relation's hands by January 30, 2013! You will
then have 7 (seven) days after that to withdraw the agreement. It is important that
you know, the agreement will become null and void after the 30th and you will revert
back to the Investigative Review Hearing (IRH) that we spoke of in our earlier
meetings. You should also know from our previous discussions that the end result of
an IRH will be termination and there is enough evidence from the company to make
moving the case forward futile.
If you have any questions, please discuss them with Fred Wood and Mark Gabriel at
your meeting with them this Thursday.
Regards,
Richard Petrovsky

Sent from my iPhone

Print                                                                                                                                  Close

# RE: REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY

From: **Rich** (rpetrovsky@teamsterssfo.com)
Sent: Mon 2/04/13 6:53 PM
To:   'Henry Tukay' (hptukay@hotmail.com)
Cc:   'Fred Wood' (fwood@teamsterssfo.com); 'Javier Lectora' (jlectora@teamsterssfo.com);
      mgabriel@teamsterssfo.com; 'Javier Lectora' (jlectora@teamsterssfo.com)


**Henry, my previous e-mail was not a prediction. From being in this job for 5 years, and from being a union rep for over half of my 43 year career at United Airlines, I can assure you that my description of what will come from your decision is an accurate account and not merely a prediction.3**


Hello Henry,


I received your phone message while I was in flight to Chicago for negotiations this week. I tried to call the number you left on my phone (510-289-5266) but it required a code to get into the message center. I put your phone number in as required, but couldn't access your mail box to leave a message.


You asked in your message that I support you all the way in your desire to use the grievance process for your case. I believe I have already explained that while you will have your case heard at an Investigative Review Hearing (IRH), the outcome will most assuredly be a decision by the Company Hearing Officer to terminate you.


I have also explained on several occasions (both in person at the Local Union Office and over the phone with you), that with the video evidence the Company will present, I will NOT be moving this case forward to the Joint Board of Adjustment (JBA) as I have nothing to refute the video footage showing you walking up and down both sides and in close contact with the vehicle.


Therefore, as we have discussed in previous conversations, the recension of your signed agreement to retire in lieu of termination will be just as I stated in my previous e-mail to you this morning. You have elected to take termination over the offer to retire without flight benefits.

Therefore, the next step is to have the IRH where upon you will be terminated from United Airlines. I hope this has once again clearly explained the likely results of your decision.


Regards,


Richard Petrovsky

Business Agent

IBT Local 986

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Monday, February 04, 2013 8:14 AM
**To:** Rich Petrovsky
**Subject:** RE: REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY


Good Morning Rich,

I have considered my decision and it is very difficult. The Certified mail will be going to Kellee Allain, Director of Labor Relations SFOHR, but copies of the contents were emailed to you and other union representatives. The provisons of the LOA settlement also says that it can be emailed aside from using certified mail. I hope you will not predict the outcome if I go through the process and support me all the way. Thanks.

Henry

---

From: rpetrovsky@teamsterssfo.com
To: hptukay@hotmail.com; kellee.allain@united.com
CC: jlectora@teamsterssfo.com; fwood@teamsterssfo.com; mgabriel@teamsterssfo.com
Subject: RE: REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY
Date: Mon, 4 Feb 2013 04:15:47 -0800

Print                                                                                                    Close

# RE: REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY

From: **Rich** (rpetrovsky@teamsterssfo.com)
Sent: Mon 2/04/13 4:16 AM
To: 'Henry Tukay' (hptukay@hotmail.com); kellee.allain@united.com
Cc: 'Javier Lectora' (jlectora@teamsterssfo.com); 'Fred Wood' (fwood@teamsterssfo.com); mgabriel@teamsterssfo.com

Dear Henry,

This reply will confirm that I have received this e-mail and will watch for the letter of revocation from you to come in the mail. I am hopeful that you have considered this decision carefully and understand that in revoking the agreement to resign in lieu of termination will lead to exactly that, your termination from United Airlines.

I will follow up with an e-mail once I receive your letter.

Regards,

Richard Petrovsky

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Sunday, February 03, 2013 9:50 PM
**To:** kellee.allain@united.com; Rich Petrovsky
**Cc:** Javier Lectora; Fred Wood
**Subject:** REVOCATION OF LOA, Settlement and Release Agreement Dated 01/09/2013 - HP TUKAY

January 01, 2013

<u>Print</u>                                                                                                              <u>Close</u>

# recension ltr

From:  **Rich** (rpetrovsky@teamsterssfo.com)
Sent:  Tue 2/05/13 7:34 PM
To:    'Henry Tukay' (hptukay@hotmail.com)
Cc:    kellee.allain@united.com; 'Javier Lectora' (jlectora@teamsterssfo.com); 'Fred Wood'
       (fwood@teamsterssfo.com); mgabriel@teamsterssfo.com

Hello Henry,

I spoke with Labor Relations tonight about your recension of the proposed option to retire in lieu of termination. I
was told that you should be aware that with the withdrawal of the agreement, you are once again on HOS status or
(held out of service no pay) pending the outcome of your hearing.

This has placed you back into a position where you will not be eligible for retirement benefits of any kind, with the
exception of your PBGC and Met Life annuity if that is applicable.

I was asked to convey this message to you so you understand where you are now that you have chosen to proceed
with the IRH through the grievance procedure.

Regards,

Richard Petrovsky

Business Agent

IBT Local 986

Case3:14-cv-01906-JST   Document1   Filed04/24/14   Page30 of 40

Henry

From: rpetrovsky@teamsterssfo.com
To: hptukay@hotmail.com
Subject: RE: Grievance
Date: Thu, 15 Aug 2013 01:16:42 -0700

Hello Henry,


As I have indicated, I am in receipt of your latest submission of additional concerns. Also, I have received your two voice messages since then and have forwarded your concerns to our legal advisor for perusal. I am also waiting for more information that our legal council has requested from United Security. I will advise you as I gain more information from our legal council.


Regards, Rich Petrovsky


---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Friday, August 09, 2013 9:32 AM
**To:** Rich Petrovsky
**Subject:** Grievance


Good Morning Rich,

Attached are additional issues/concerns that we may
not have discussed/addressed during our last meeting.
Thanks for your time and assistance.

Henry

=======
Email scanned by PC Tools - No viruses or spyware found.
(Email Guard: 7.0.0.21, Virus/Spyware Database: 6.21430)
http://www.pctools.com

08/08/2013

Richard Petrovsky
IBT Business Representative Local 986

RE: Grievance/HP Tukay

Hi Rich,

Before the union and counsel makes a decision/recommendation on my
case as to the next step there's some additional concerns/issues I would
like to point out,  that unfortunately I was not able to point out during our
last meeting with the union counsel maybe because of time constraints.

1, Did anyone pay close attention to the color of the vehicle as shown on the
alleged pictures of the damages/scratches compared to what's on the
video? - If you look at it closely the vehicle in question on the video has a
beige silverlike color. On the pictures presented of the alleged damages
it's bluish in color. There's a big difference between the two, isn't it? **This
is certainly a material inconsistency of which car is it?** They're both
color presentation of the allegations. How does anyone explain that?
Camera problem? I urge that a check of the vehicle's registration would
be necessary that would indicate the color and make of the vehicle. I have
pointed this out to F. Wood before. Again the authenticity and integrity
of the photographs presented as evidence is in serious question in
addition to the digital time/date stamp of the pictures (they were hand-
written). At this time the vehicle in question may have supposedly been
fixed and verification of these alleged damages is no longer possible.

2. Also during the IRH and JBA hearings, the company presented
supposedly replica pictures (not the actual vehicle in question) of the
alleged vehicle to show the locations of the purported scratches which
the union objected at the IRH. The company re-identified the locations
of the alleged scratches at the JBA with different ID nos. from the IRH.
Please note the color of the vehicle again (pictures) presented at the
JBA.

3. To my knowledge we don't know if any of the damages as alleged to
have occured on 11/30/2012 have been **independently** verified and
or documented - pictures taken by proper authorities or United security
at that time of occurence or shortly afterwards. Sahebjami himself took
the pictures and made his own reports. This is certainly questionable
isn't it? Although United/security may say they have seen it at that time
- but is there any documentation to substantiate it? Please note that
most of the reports were made by A Sahebjami days after the fact and
it was taken at face value.  The reports are full of "he says" (Sahebjami's).

4. Is the company's refusal or failure to provide the full 16 hours of video on 11/29/2013 and 11/30/2013 amounts to **obstruction of justice**, that is, witholding evidence/information in this case? In effect hindering the discovery, or material ommissions which can be crucial to this case. No reason was given as to why the company cannot provide it. The company can thus be held in contempt? I believe the union counsel, Ms. Goldberg can help us in this legal issue.

5. As I have pointed out at our meeting, is it possible that these alleged damages as shown on the pictures could be fabricated or manufactured to suit these allegations specifically as to damages allegeded to have occured on 11/30/2013 since there is no proof that it has been independently verified at around the time of allegations aside from the person making the allegations himself (Sahebjami)?.

Another issue/concern I have voiced out is I may have told you previously is that it appears to me the video is inverted. I would like to show you what I believe is the way I was supposed to have went through the vehicle in question if we can set up another meeting. I have spoken with Panasonic Tech support previously regarding possibilities and I would like to tell you about this in a more confidential setting without having to use voice or email. Panasonic is apparently the manufacturer of either the camera and the recorder that United uses. I was going to show this during our last meeting but we may not have enough time. Maybe we can meet at the local again? I would really appreciate this.

Also the letter/file that we discussed at our recent meeting on my record was a highly inaccurate description of the incident if not false allegations. Please see my rebuttal statement on the first step grievance on that file. This should have been purged out of my record since it was years ago.

**Furthermore are there any rules of and admissibility of any evidence or mere hearsay statements at arbitration hearings and not based on assumptions, speculation and or suggestion this is how it happened? Any evidence presented must still be clear and convincing, isn't it and not just cirmcumstancial? Isn't any arbitrator must still be bound by these for him/her to be impartial in his/her rulings/decision?**

I believe the the above issues/concerns are of importance that you may forward this letter to the union counsel, Ms. Goldberg. I will let you know of any other issues that may come to mind.

I know I did my job for this company (United Airlines) for the last 23 plus almost 24 years and I was wronged and I don't deserve this.

Thank you for your time.  Please let me know and or give me a call. I would like to have another meeting.

Sincerely,

Henry P. Tukay

August 16, 2013


VIA E-MAIL (hptukay@hotmail.com)
Mr. Henry Tukay

    Re: Letter of August 8, 2013

Dear Henry:

    I wish to acknowledge receipt of your letter of August 8, 2013. As you know, Union Counsel Debra Goldberg, Javier, and I met with you on Tuesday, August 6, 2013 for over two and a half hours and you were given every opportunity to present your side and any and all arguments you wish for the Union to consider. Additionally, prior to our meeting of August 6, 2013, Javier and I met with you on numerous occasions to discuss your case with you and on those occasions, too, you were afforded the opportunity to present any and all evidence and arguments you wanted the Union to consider.

    Your letter of August 6th has been forwarded to Ms. Goldberg. Inasmuch as the various theories you cover in your letter of August 8, 2013 were previously referenced in our meeting, there is no need for a further meeting at this time. However, please rest assured that all of your arguments will be considered by the Union before a final decision is made.

                    Sincerely,


                    Richard Petrovsky
                    Business Representative

Sent as an Email Attachment on 09/23/13

Richard Petrovsky
IBT Business Representative Local 856/986

RE: Grievance

Hi Rich,

This is to follow-up on my case. Its been over a month since our last meeting
with the union counsel and around three months since the JBA hearing. Also
I have requested another meeting with you regarding additional concerns and
issues we may not have covered since but you said there was no need for it.

To date it seems that no decision has yet been made on my case? I am really
wondering what significance the additional information the union counsel has
requested from the company has or additional bearing it has on my case or
what merits the union still looks for before proceeding forward or not to
arbitration on my case? **The termination action by the company on my
case is wrongful in a lot of respects as we discussed and argued before
during the IRH and JBA hearings and the union simply do not have an
independent or impartial decision maker whose willing to listen to the
facts and arguments that can overturn the highly biased opinion/decision
of the company and that's why the JBA deadlocked on my case? I hope
the union counsel sees that.** I have mentioned a lot of these reasons/issues
and concerns before to the union and what we argued prior to and during the
IRH and JBA.

I strongly feel that company's harsh action to terminate me is motivated not
because of their unsubstantiated/inconclusive allegations but due to this
company's discriminatory conduct and innuendos. I have been a victim of this
unlawfulw conduct before at this same company. The language of the charges
allegations alone is very indicative of unfairness, the written decision by the com-
pany officer and the disparate treatment I received from this company's
management in the past. My record is clean and no performance, attendance
issues, 23 plus years of service? Any form of progressive discipline itself is not
being uniformly applied or followed contrary to the company's established
policies? Acts of vandalism, burglary has occured at company parking lots before
and company security said "company does not get involved" since it's outside the
gates and its under jurisdiction of local authorities - there is no uniform policy on
this? Company's action on my case is unprecedented. It was reported to local
authorities days or weeks after the allegations (after I was already held out of
service) to bolster their case. The other employee making the allegations made
all forms of statements "he says" which are themselves very questionable, whose
own conduct, record, and credibility should be put in question and definitely
motivated to get me in trouble. There are serious issues/defects on the very
information presented as evidence against me. Its apparent the company seized
this opportunity, blew it out of proportion to terminate me. If it was someone else

what do you think the company will do or would have done? Think about it.

**I could not think of any reason why the union is not going to proceed to arbitration on my case. The union should fight for what it stands and against all forms of disparate treatment. Its my position and hope that the union fight for my case at arbitration. I intend to take it further to correct the wrongs this company has done whose management appears to have different sets of standards for different people.**

Time is ticking and I am still out here. I hope the union shares the pain I'm going through. Isn't there any time limits per the CBA that the union has to abide by in deciding whether to go to arbitration or not on my case? Thanks.


Sincerely,

Henry P Tukay

Regards,


Rich Petrovsky

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Tuesday, September 03, 2013 8:55 AM
**To:** Rich Petrovsky
**Subject:** RE: Grievance


Good Morning Rich,


I would like to tell you an important update on my current
situation regarding unemployment benefits that you may
want to know. Thanks.

Henry

---

From: rpetrovsky@teamsterssfo.com
To: hptukay@hotmail.com
Subject: RE: Grievance
Date: Mon, 26 Aug 2013 10:46:13 -0700

Hello Henry, we still have not been able to get an answer from the company to our questions and the information
we asked for. With that said, I will follow up with Debra and see if she is willing to proceed.

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Monday, August 26, 2013 8:43 AM
**To:** Rich Petrovsky
**Subject:** RE: Grievance


Good Morning Rich,

Has there been a decision made on my case concerning
whether to move forward to arbitration or not? Or still in the
process? Thanks.

Sincerely,

Print                                                                                          Close

# RE: Grievance

From: **Henry Tukay** (hptukay@hotmail.com)
Sent: Mon 10/07/13 9:10 AM
To:   Rich Petrovsky (rpetrovsky@teamsterssfo.com)

Good Morning Rich,

I have sent you, J Lectora and F. Wood a copy of my email, regarding
request for my service record addressed to C. Botto, SFOMM Bus. Mgr.
per our contract for my records and other purposes. At this time it
appears like there hasn't been no decision yet on my case to
proceed or not? I just need to know if the union is going to pursue
arbitration on my case or not despite all the reasons I have outlined
earlier and the arguments that the union had at both the IRH and JBA?
Thanks.

Henry

---

From: rpetrovsky@teamsterssfo.com
To: hptukay@hotmail.com
Subject: RE: Grievance
Date: Wed, 25 Sep 2013 09:39:21 -0700

Henry, we have received a partial list of information that we have requested by the company. We are still pursuing
the matter to gain the requested information.

Regards, Rich

---

**From:** Henry Tukay [mailto:hptukay@hotmail.com]
**Sent:** Monday, September 23, 2013 11:56 AM
**To:** Rich Petrovsky
**Subject:** RE: Grievance

Hi Rich,

This is a follow-up on my case. Please see attached. Have you received anything

# EXHIBIT 6

Case3:14-cv-01906-JST   Document1   Filed04/24/14   Page40 of 40

**Home**     **Latest Updates**     **Committees**     **General Information**     **Contact Us**     search

Username: [_____]
Password: [_____] login
Email Signup | Forgot?

**C**ollective
**B**argaining
**A**greements

**Craft Meeting Schedule 2014**

Teamsters SFO 2014 Calendar

Medical Forms
(FMLA, Physician Choice, Birth of a Child, etc.)

**Survivor's Benefit Guide**



**GRIEVANCE COMMITTEE**

RSS | IBT News | Member Login

Purpose

First Step Grievance Form

Craft Meeting Reports

Committee Members

**Purpose**

**The purpose of the Grievance Committee is to enforce the Collective Bargaining Agreement to ensure consistent, fair and equitable application of said agreement under the Railway Labor Act.**

- To ensure that all federal, state and local laws concerning labor are adhered to by the company.

- To maintain a consistent, fair and equitable application of company policies, to ensure there is no "Disparate Treatment" of our members or violation of past practices.

- To work toward resolving all disputes with the company at the lowest level possible and if unable to do so, use all means available through the Grievance or legal process, whichever is applicable to best represent our members.

- The Committee is comprised of Stewards, Chief Stewards, Secretary and Chairperson.

**First Step Grievance Form**

**Click here for free download.**

**First Step Grievance Form**

**Craft Meeting Grievance Reports**

**August 2011 Report**

**November 2010 Report**

**October 2010 Report**

**September 2010 Report**

**August 2010 Report**

**July 2010 Report**

**May 2010 Report**

**April 2010 Report**

**March 2010 Report**

**February 2010 Report**

**January 2010 Report**

**December 2009 Report**

**November 2009 Report**