July 24, 2014

Honorable Donna M. Ryu
United States Magistrate Judge
United States District Court
Northern District of California
Oakland Division
1301 Clay St., Oakland CA 94612

**FILED**
JUL 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Request for Extension of Time
 Case No. C14 - 1906 DMR
 Henry P. Tukay v. International Brotherhood of Teamsters WSCU 856/986
 (Teamsters Union) and its Representatives

Dear Hon. Judge Donna M. Ryu,

This is regarding my request that the court grant me an extension of time and or continuance around (3) or (4) months to serve the defendant/s, Case Management Conferences and also possibly amend my complaint or filing with the court on this case for reasons I have outlined in my other letter (copy herein attached).

Please also find attached copies of my complaint/filings with EEOC against my former employer (United Airlines) and my former union International Brotherhood of Teamsters (Teamsters Union) Local 856/986 for the court's information and reference. To date the EEOC have not commenced the investigation process on my complaints and I have not received a Notice of Right to Sue Letters in Federal Court for both respondents. I believe I have to obtain these notices prior to proceeding further.

I thank the court's consideration and attention on my case.

Very Respectfully,

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
Pro Se Litigant

Enclosures: 1. Copy of Letter 07/24/2014
 2. Copy of Complaints to EEOC

July 24, 2014

Honorable Judge Donna M. Ryu
United States District Court
Northern District of California
  Oakland Division
1301 Clay St., Oakland CA 94612

RE: Case No. C14 -1906
    Henry P. Tukay
         V.
    International Brotherhood of Teamsters Local 856/986
        (Teamsters Union) and its Representatives

Dear Hon. Judge Donna M. Ryu,

In reference to the above case, I am a pro se litigant and I am hereby requesting that the court please grant me, the above-named plaintiff in the case, an extension of time around (3) three or (4) four more months to be able to serve the defendant/s and move forward in the above case due to the following reasons.

1. I had also filed previously a complaint on the above defendant/s through the EEOC on 03/26/2014 but to date EEOC has not yet started its investigation process and I have not obtained a Notice of Right to Sue in Federal Court from the EEOC. I believe I have to obtain such notice prior to filing a suit.

2. I am currently still on the difficult process of finding and retaining counsel/ representation on this case due to complex legal processes and other legal issues in prosecuting the case and also financial costs of involved. I am requesting if its possible for the court to appoint a counsel/attorney to represent me in this case.

3. I am planning on consolidating, amending the complaint, that is, naming another defendant (my previous employer) and consolidating both cases into one instead of two separate cases, a State case and a Federal Case for efficiency. I hope to retain a counsel that can represent me.

I highly appreciate the court's consideration and understanding on my case.

Very Respectfully Yours,

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
Pro Se Litigant

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Case3:14-cv-01906-JST Document4 Filed07/25/14 Page3 of 4

☐ FEPA
☒ EEOC

Agency(ies) Charge No(s):
555-2013-00953

**California Department Of Fair Employment & Housing** — and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Henry Tukay | (925) 300-8230 | 01-16-1957 |

Street Address: P.O. Box 23463, Pleasant Hill, CA 94523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | Unknown | |

Street Address: San Francisco International Airport, San Francisco, CA 94128

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-17-2012   Latest: 12-17-2012
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired on October 16, 1999 as a Mechanic. I performed my duties satisfactorily.

I am disabled. I notified Respondent of my disability and requested an accommodation for my disability. I utilized intermittent FMLA leave due to symptoms of my medical condition, most recently in or around October, 2012.

I was discharged on March 14, 2013. Respondent stated that the reason for my termination was vandalizing a co-workers car in the parking lot. I adamantly deny that I vandalized his car and Respondent has no concrete evidence that I am responsible for the vandalism that occurred. I am aware of other employees, of a different race and age then myself, who have engaged in similar misconduct and were not terminated from their employment.

I believe my race, nation origin, Filipino, age (DOB 01/16/1957), disability and retaliation for requesting an accommodation, motivated my discharge, in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, as amended and the Americans with Disabilities Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

RECEIVED AUG 06 2013 EEOC - OLO

8/06/2013 — Date / Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>555-2014-00533 |
|---|---|---|

California Department Of Fair Employment & Housing          and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Henry Tukay | Home Phone (Incl. Area Code)<br>(925) 300-8230 | Date of Birth<br>01-16-1957 |
|---|---|---|

Street Address: P.O. Box 23463, Pleasant Hill, CA 94523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS WSCU 856/986 | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>(800) 758-8326 |
|---|---|---|

Street Address: 453 San Mateo Ave., San Bruno, CA 94066

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-21-2013    Latest: 10-21-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a union member of Respondent. My employer, United Airlines, terminated my employment due to my national origin, Filipino, in or around march 4, 2013. I filed a grievance with my union, who failed to pursue it. I was notified of this decision in or around October, 17, 2013.

I believe Respondent did not pursue my grievance due to my national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/26/2014
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)