UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY P. TUKAY, | No. C-14-01906 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986, | |
| Defendant(s). | |

The court is in receipt of Plaintiff Henry P. Tukay's request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for July 30, 2014 has been CONTINUED to **September 24, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 17, 2014.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: July 28, 2014

_____
DONNA M. RYU
United States Magistrate Judge