July 24, 2014

Honorable Judge Donna M. Ryu
United States District Court
Northern District of California
    Oakland Division
1301 Clay St., Oakland CA 94612

RE: Case No. C14 -1906
    Henry P. Tukay
        V.
    International Brotherhood of Teamsters Local 856/986
      (Teamsters Union) and its Representatives

Dear Hon. Judge Donna M. Ryu,

In reference to the above case, I am a pro se litigant and I am hereby requesting that the court please grant me, the above-named plaintiff in the case, an extension of time around (3) three or (4) four more months to be able to serve the defendant/s and move forward in the above case due to the following reasons.

1. I had also filed previously a complaint on the above defendant/s through the EEOC on 03/26/2014 but to date EEOC has not yet started its investigation process and I have not obtained a Notice of Right to Sue in Federal Court from the EEOC. I believe I have to obtain such notice prior to filing a suit.

2. I am currently still on the difficult process of finding and retaining counsel/ representation on this case due to complex legal processes and other legal issues in prosecuting the case and also financial costs of involved. I am requesting if its possible for the court to appoint a counsel/attorney to represent me in this case.

3. I am planning on consolidating, amending the complaint, that is, naming another defendant (my previous employer) and consolidating both cases into one instead of two separate cases, a State case and a Federal Case for efficiency. I hope to retain a counsel that can represent me.

I highly appreciate the court's consideration and understanding on my case.


Very Respectfully Yours,

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
Pro Se Litigant