September 19, 2014

Honorable Donna M. Ryu
United States Magistrate Judge
United States District Court
Northern District of California - Oakland Division
1301 Clay St., Oakland CA 94612

**FILED**
SEP 2 3 2014
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Request for Further Extension And Continuance
   Case No. C14-1906 DMR
   Henry P. Tukay V. International Brotherhood of Teamsters
         Loacal 856/986 (Teamsters Union)

Dear Honorable Judge Donna M. Ryu,

I regret that I am hereby requesting again a further extension of time preferrably another three (3) months of continuance on this case due to the following reasons:

1. To date unfortunately the US EEOC has not even initiated an investigation on my complaint against the above respondent due to high volume of complaints and backlog per EEOC representative. Thus I donot have yet a notice of right to sue.
2. I am very much interested in pursuing this case due to injustice I suffered but unfortunately presents legal complexities and difficulties to the average lay person like me notwithstanding the financial costs involved and the personal emotional toll that takes on me.
3. I have been in contact with some legal professionals on this case for assistance but unfortunately requires sizable financial fees that at this time I am unable to provide.
4. This will be my last request for continuance. Unfortunately I have not been able to serve the defendants on this case due to the above. I will be doing what I can to move forward on this case after this request, and dismissal would be my last resort.

It is hoped and prayed for that the court grant my last request for continuance and extension. I further thank the court again for consideration.

Sincerely,

Henry P. Tukay
Pro Se Litigant
PO Box 23463
Pleasant Hill CA 94523
(925)-300-8230