United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY P. TUKAY, | No. C-14-01906 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986, | |
| Defendant(s). | |

The court is in receipt of Plaintiff Henry P. Tukay's request to continue the Initial Case Management Conference. [Docket No. 7.] The request is granted. The Initial Case Management Conference previously scheduled for September 24, 2014 has been CONTINUED to **October 29, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than October 22, 2014. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: September 23, 2014

_____
DONNA M. RYU
United States Magistrate Judge