AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Henry P. Tukay<br>PO Box 23463<br>Pleasant Hill CA 94523<br><br>*Plaintiff(s)*<br>v.<br>International Brotherhood of Teamsters<br>Local 856/986 (Teamsters Union) and its<br>Representatives<br><br>*Defendant(s)* | Civil Action No. C14-1906 DMR<br><br>COMPLAINT FOR FAILURE AND BREACH OF<br>DUTY OF FAIR REPRESENTATION |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* International Brotherhood of Teamsters Local 856/986
453 San Mateo AVenue, San Bruno CA 94066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**CYNTHIA LENAHAN**

Date: SEP 3 0 2014

*Signature of Clerk or Deputy Clerk*