AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Henry P. Tukay<br>PO Box 23463<br>Pleasant Hill CA 94523<br><br>*Plaintiff(s)*<br>v.<br>International Brotherhood of Teamsters Local 856/986 (Teamsters Union) and its Representatives<br><br>*Defendant(s)* | Civil Action No. C14-1906 DMR<br><br>COMPLAINT FOR FAILURE AND BREACH OF DUTY OF FAIR REPRESENTATION |

FILED
SEP 30 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  International Brotherhood of Teamsters Local 856/986
453 San Mateo AVenue, San Bruno CA 94066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Henry P. Tukay
    PO Box 23463
    Pleasant Hill CA 94523

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 30 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C14-1906 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* International Brotherhood of Teamsters and its representatives

was received by me on *(date)* SEPTEMBER 30, 2014

☒ I personally served the summons on the (individual) at *(place)* ORGANIZATION - INTERNATIONAL BROTHERHOOD OF TEAMSTERS 453 San Mateo Ave., San Bruno CA 94066

on *(date)* SEPTEMBER 30, 2014

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Other Papers, Court Orders served on defendant. See additional page of this Certificate or Proof Service.

My fees are $ 50.00 for travel and $ 50.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2014

*Server's signature*

Anita E. Lynch
*Printed name and title*

c/o PO Box 2355 Alameda CA 94501

*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY P. TUKAY,<br>　　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS LOCAL 856/986 AND ITS<br>REPRESENTATIVES<br><br>　　　　　Defendants. | CASE NO. CV 14-01906 DMR<br><br>**CERTIFICATE OR SERVICE** |

I, the undersigned, of legal age and a resident of Alameda County, do hereby certify that I am not a party on the above entitled action and on 09/30/2014 I SERVED true and correct copy(ies) the following papers on the above named defendant/s whose name and address is hereinafter listed by handing a copy(ies) to a representative placed in an envelope. This is in addition to the Summons in a Civil Action on the same Complaint which was also served on the same date.

    1. Notice of Assignment of Case to a United States Magistrate Judge for Trial

    2. Order Setting Initial Case Management Conference and ADR Deadlines dated April 24, 2014.

    3. Order Granting Request to Continue Initial Case Management Conference dated July 28, 2014.

    4. Order Granting Request to Continue Initial Case Management Conference dated September 23, 2014

Complaint for Failure and Breach of Duty Fair Representation        Case No CV 14-01906 DMR

Case No. CV -14-01906 DMR    Page 2 of 2

    5.  Standing Orders of U.S. Magistrate Judge Donna M. Ryu

    6.  Standing Order for All Judges of the Northern District of California

Defendant/s Name and Address/Place of Business:

International Brotherhood of Teamsters Local 856/986

453 San Mateo Ave., San Bruno CA 94066

Dated:  *SEPTEMBER 30, 2014*

*Anita E. Lynch*
Anita E. Lynch

PO Box 2355, Alameda CA 94501

Complaint for Failure and Breach of Duty Fair
Representation                                      Case No CV 14-01906 DMR