**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

| | |
|---|---|
| HENRY R. TUKAY,<br><br>                              Plaintiff,<br><br>      v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986,<br><br>                            Defendant. | Case No. C14-1906 JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Hearing Date:    December 4, 2014<br>Hearing Time:    2:00 p.m.<br>Courtroom:    9, 19th Floor<br>Judge:    Hon. Jon S. Tigar<br>Complaint Filed:    April 24, 2014<br>Trial Date:    None set |

This case having come before the Court upon the motion of Defendants Teamsters Local Union Nos. 856 and 986 ("the Local Union") to dismiss; the Court having fully considered said motion, the memoranda of counsel in support of and in opposition to said motion, as well as other documents of record related thereto; and the Court having heard oral arguments of counsel in support of their respective positions; and the Court being fully advised in the premises;

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECLARED:**

The motion of the Local Unions is hereby granted, and Plaintiff's Complaint is hereby dismissed.

Dated: _____                 _____<br>
                                                                      THE HONORABLE JON S. TIGAR<br>
                                                                       United States District Court Judge

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURTA

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 483 Ninth Street, 2nd Floor, Oakland, CA 94607. On this day, I served the foregoing Document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California.

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

☐ By Electronic Service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in item 5. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Henry P. Tukay  
P.O. Box 23463  
Pleasant Hill, CA 94523

Fax No.:  
Email: hptukay@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, on this date, October 21, 2014.

/s/Esther Aviva  
Esther Aviva, Secretary to Andrew H. Baker

[PROPOSED] ORDER  
Case No. C14-1906 JST

[Proposed] Order.doc