

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
(925)-300-8230
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| HENRY P. TUKAY,<br><br>　　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS LOCAL 856/986 AND ITS<br>REPRESENTATIVES (TEAMSTERS UNION)<br><br>　　　　　Defendants. | No. CIV. C-14-1906 JST<br><br>**COMPLAINT FOR FAILURE<br>AND BREACH OF DUTY OF<br>FAIR REPRESENTATION (DFR)** |

## PLAINTIFF'S MOTION TO DISMISS THE COMPLAINT
## WITHOUT PREJUDICE

Plaintiff herein, despite the numerous facts cited in the initial complaint (The Complaint), the triable issues cited, and due to plaintiff's limited resources compared to defendant/s' unmatched unlimited resources and "deep pockets" (that per their own tenets and ideals should be used to keep in check employers that engage in unlawful conduct; defendant/s' stature and resources are without dispute from thousands of union members including from plaintiff's), and in light of the plaintiff's opposition to defendant/s' motion to dismiss the Complaint with prejudice, and so as not to further plaintiff's pain and

MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE　　　CASE NO. CIV C14-1906 JST

-2-

and suffering that may be attributed to and or caused by defendant/s' Breach and Failure of Duty of Fair Representation, plaintiff hereby respectfully requests that the Court dismiss the Complaint without prejudice.

Respectfully requested: _____
Henry P. Tukay
Plaintiff

Henry P. Tukay
PO Box 23463
Pleasant Hill CA 94523
(925)-300-8230

Dated: October 29, 2014

MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE        CASE NO. CIV C14-1906 JST