UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986 (TEAMSTERS UNION),<br><br>　　　　Defendant. | Case No.  14-cv-01906-JST<br><br>**ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 18 |

The Court has received Plaintiff Henry Tukay's "Motion to Dismiss the Complaint Without Prejudice." ECF No. 18. In the motion, Plaintiff "respectfully requests that the Court dismiss the Complaint without prejudice." Id. at 2. The Court construes Plaintiff's motion as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, the Complaint has been dismissed without prejudice. The Clerk shall close the file.

　　IT IS SO ORDERED.

Dated:  November 5, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge