

RECEIVED
MAR 1 0 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  HENRY P. TUKAY
2  PO Box 23463
   Pleasant Hill CA 94523
3  (925)-300-8230
   In Pro Per

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| HENRY TUKAY<br><br>　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986, ITS REPRESENTATIVES AND DOES 1-10<br><br>　　　　Defendants. | CASE NO. CIV 14 – 1906 - JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S HENRY P. TUKAY'S MOTION TO REINSTATE ORIGINAL COMPLAINT (THE COMPLAINT) PURSUANT TO:<br><br>FEDERAL RULES OF CIVIL PROCEDURE 60(b)1, 60(b)3, 60(b)6; 60(c)1, 60(d)1<br><br>Date: April 16, 2015<br>Time: 2:00 PM<br>Courtroom: 9, 19TH Flr<br>Judge: Hon. Jon S. Tigar<br>Complaint Filed: April 24, 2014<br>Trial Date: No Date Set |

///
///
///
///
///
///
///

---

Complaint for Failure and Breach of Duty of Fair    1
Representation. Proposed Order Granting Plaintiff's
Motion to Reinstate Original Complaint (The Complaint).            Case No 14-1906-JST

1

2      This Motion having came for a hearing before the Court on this date April 16, 2015 at

3  around 2:00 pm having considered all the papers, memoranda of counsel and oral arguments of

4

5  respective parties, and good cause appearing therefore,

6      **IT IS HEREBY ORDERED AND DECLARED** that Plaintiff's Motion to

7  Reinstate Original Complaint is **GRANTED** pursuant to Fed Rules of Civ. Proc. 60(b)(1),

8  60(b)(3), 60(b)(6), 60(c)(1), 60(d)(1).

9

10  Dated:_____2015

11

12

13                                              _____
                                                HONORABLE  JON S. TIGAR
14                                              United States District Judge
                                                Northern District of California
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Failure and Breach of Duty of Fair     2
Representation. Proposed Order Granting Plaintiff's
Motion to Reinstate Original Complaint (The Complaint).                    Case No 14-1906-JST