UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 856/986 (TEAMSTERS UNION),<br><br>　　　　Defendant. | Case No. 14-cv-01906-JST<br><br>**CLERK'S NOTICE SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 22 |

The briefing and hearing schedule for the Plaintiff's Motion to Reinstate Original Complaint filed at docket 22 is set as follows:

　　Responses due: March 26, 2015

　　Replies due: April 2, 2015

　　Hearing: April 16, 2015 at 2:00 p.m.

Dated: March 13, 2015

　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　William Noble, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　415-522-2036