UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  April 16, 2015 — Judge:  Jon S. Tigar

Time:  7 minutes

Case No.     **3:14-cv-01906-JST**
Case Name    **Henry Tukay v. International Brotherhood of Teamsters Local 856/986 (Teamsters Union)**

Attorney for Plaintiff:     Henry Tukay - pro se
Attorney for Defendant:     Andrew H. Baker

Deputy Clerk:  William Noble — Court Reporter:  Debra Pas

PROCEEDINGS

Motion to Reinstate Original Complaint Pursuant to Federal Rules of Civil Procedure 60(b)1, 60(b)3, 60(b)6, 60(c)1, 60 (d)1 (docket 22)

RESULT OF HEARING

Motion hearing held.  The motion is under submission.